FILED
NOV 30 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| v. ) | |
| ANTHONY HORTON, ) | CASE NO: 1:22 CR 673 |
| Defendant. ) | Title 18, United States Code, Sections 922(g)(1), and 924(a)(8) |
| | JUDGE PEARSON |

### COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

On or about September 14, 2022, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY HORTON, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Felonious Assault and Improperly Discharging a Firearm at or into a Habitation or a School Safety Zone, in Case Number 20CR103526, in the Lorain County Common Pleas Court, on or about February 22, 2022, knowingly possessed in and affecting interstate commerce a firearm, to wit: a SCCY, Model CPX-1, 9mm caliber pistol, serial number 569835, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference.  As a result of the foregoing offense, Defendant ANTHONY HORTON shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.